**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>APPLE TREE LIFE SCIENCES, INC.,<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 25-12177 (LSS)<br><br>**Re: Docket No. 4** |
| In re:<br><br>ATP LIFE SCIENCE VENTURES, L.P.,<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 25-12178 (LSS)<br><br>**Re: Docket No. 4** |
| In re:<br><br>ATP III GP, LTD.,<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 25-12179 (LSS)<br><br>**Re: Docket No. 4** |

**NOTICE OF FILING OF EXHIBITS TO DECLARATION OF LIAM FAULKNER IN SUPPORT OF RIGMORA BIOTECH INVESTOR ONE LP AND RIGMORA BIOTECH INVESTOR TWO LP'S MOTION FOR AN ORDER (I) DISMISSING THE CHAPTER 11 CASES AND/OR (II) GRANTING RELIEF FROM THE AUTOMATIC STAY**

PLEASE TAKE NOTICE that, on December 12, 2025, Rigmora Biotech Investor One LP, by its general partner Unicorn Biotech Ventures One Ltd and Rigmora Biotech Investor Two LP, by its general partner Unicorn Biotech Ventures Two Ltd (collectively, the "**LPs**") filed the *Declaration of Liam Faulkner in Support of Rigmora Biotech Investor One LP and Rigmora Biotech Investor Two LP's Motion for an Order (I) Dismissing the Chapter 11 Cases and/or (II)*

*Granting Relief from the Automatic Stay* [Case No. 25-12177, D.I. 4; Case No. 25-12178, D.I. 4; Case No. 25-12179, D.I. 4] (the "**Declaration**").

      PLEASE TAKE FURTHER NOTICE that the LPs hereby file the exhibits (the "**Exhibits**") as discussed and referenced by the Declaration as attached hereto in **Exhibit 1**.

      PLEASE TAKE FURTHER NOTICE that the Declaration and the Exhibits and/or copies of any related document may be examined by interested parties on the Court's electronic docket for the above-captioned chapter 11 cases, which are posted on the Internet at www.deb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov).

*[Remainder of Page Intentionally Left Blank]*

Dated: December 13, 2025
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Nicholas A. Franchi*

John H. Knight (No. 3848)
Michael J. Merchant (No. 3854)
Blake Rohrbacher (No. 4750)
Daniel E. Kaprow (No. 6295)
Clint M. Carlisle (No. 7313)
Nicholas A. Franchi (No. 7401)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: knight@rlf.com
merchant@rlf.com
rohrbacher@rlf.com
kaprow@rlf.com
carlisle@rlf.com
franchi@rlf.com

Respectfully Submitted,

**DEBEVOISE & PLIMPTON LLP**

Shannon Rose Selden (*pro hac vice* pending)
William H. Taft V (*pro hac vice* pending)
Zachary H. Saltzman (*pro hac vice* pending)
Natascha Born (*pro hac vice* pending)
Carl Micarelli (*pro hac vice* pending)
Sebastian Dutz (*pro hac vice* pending)
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
Email: srselden@debevoise.com
whtaft@debevoise.com
zsaltzman@debevoise.com
nborn@debevoise.com
cmicarelli@debevoise.com
spdutz@debevoise.com

*Co-Counsel for Rigmora Biotech Investor One LP (by and through its general partner Unicorn Biotech Ventures One Ltd) and Rigmora Biotech Investor Two LP (by and through its general partner Unicorn Biotech Ventures Two Ltd)*